# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

UNITED STATES OF AMERICA,                )
                                         )
                    Plaintiff,           )
                                         )
          v.                             )          Case No. 4:26-cr-00040-RK-1
                                         )
ALEX ARIEL MALDONADO-                    )
CHAVARRIA,                               )
                                         )
                    Defendant.

## ORDER

On July 13, 2026, Magistrate Judge W. Brian Gaddy issued three Report and Recommendations, (Docs. 36, 37, 38), recommending the Court deny Mr. Maldonado-Chavarria's (1) motion suppress evidence and statements, (Doc. 24); (2) motion to dismiss Count 3 of the Indictment, (Doc. 22); and (3) motion to dismiss Count 4 of the Indictment, (Doc. 23). Defendant filed objections to the Report and Recommendations. (Docs. 41, 42, 44.)

Pursuant to Federal Rule of Criminal Procedure 59(b)(3), a "district judge must consider de novo any objection to the magistrate judge's recommendation. The district judge may accept, reject, or modify the recommendation, receive further evidence, or resubmit the matter to the magistrate judge with instructions." After an independent, de novo review of the Defendant's objections and applicable law pursuant to 28 U.S.C. § 636(b)(1)(C), the Court accepts the findings and recommendations made by Magistrate Judge Gaddy in full.

Accordingly, it is hereby **ORDERED** that the Report and Recommendations of Magistrate Judge W. Brian Gaddy, (Docs. 36, 37, 38), are **ADOPTED**. It is further **ORDERED** that Defendant's objections, (Docs. 41, 42, 44), are **OVERRULED**. It is further **ORDERED** that Mr. Maldonado-Chavarria's (1) motion suppress evidence and statements, (Doc. 24); (2) motion to dismiss Count 3 of the Indictment, (Doc. 22); and (3) motion to dismiss Count 4 of the Indictment, (Doc. 23), are **DENIED**.

**IT IS SO ORDERED.**

/s/ Roseann A. Ketchmark
ROSEANN A. KETCHMARK, JUDGE
UNITED STATES DISTRICT COURT

DATED:  August 11, 2026